JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS GROUP USA, INC. d/b/a ASTERID, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00221-SVW-RAO<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:　January 12, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　**IT IS SO ORDERED.**

DATED: March 24, 2023　　　　By: _____
　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:23-cv-00221-SVW-RAO